CLOSED

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:21−cv−01543−W−WVG

Hart v. Facebook, Inc. et al
Assigned to: Judge Thomas J. Whelan
Referred to: Magistrate Judge William V. Gallo
Cause: 05:0552fi Freedom of Information Act

Date Filed: 08/31/2021
Date Terminated: 02/02/2022
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

Early Neutral Evaluation Conference:
Case Management Conference:
Status Hearing:
Status Conference:
Mandatory Settlement Conference:

Settlement Conference:
Settlement Disposition Conference:
Pretrial Conference:
Final Pretrial Conference:
Trial Date:

**<u>Plaintiff</u>**

**Justin Hart**                                          represented by    **Brian Kirk Kelsey**
Liberty Justice Center
141 West Jackson Boulevard
Suite 1605
Chicago, IL 60604
312−637−2280
Email: bkelsey@ljc.org *(Inactive)*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Robert Suhr**
Liberty Justice Center
141 West Jackson Street
Suite 1065
Chicago, IL 60604
414−588−1658
Email: dsuhr@libertyjusticecenter.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James McQuaid**
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, IL 60603
312−263−7668
Email: jmcquaid@libertyjusticecenter.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mallory Elizabeth Reader**
Liberty Justice Center

141 West Jackson Boulevard
Suite 1065
Chicago, IL 60604
810–355–8699
Email: mreader@alumni.nd.edu
*TERMINATED: 01/06/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nada Higuera**
25026 Las Brisas Road
Murrieta, CA 92562
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert H Tyler**
Advocates for Faith & Freedom
25026 Las Brisas Road
Murrieta, CA 92562
951–600–2733
Fax: 951–600–4996
Email: btyler@faith–freedom.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Facebook, Inc.**                    represented by **Christopher C. Kearney**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415–676–2272
Fax: 415–397–7188
Email: ckearney@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa L. Cornell**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111–1809
415–391–5400
Fax: 415–397–7188
Email: mcornell@keker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Twitter, Inc.**                    represented by **Jonathan Alan Patchen**
Willkie Farr & Gallagher LLP
One Front Street

San Francisco, CA 94111
415–858–7594
Fax: 415–858–7599
Email: jpatchen@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yuhan Chi**
One Front Street
34th Florr
San Francisco, NY 94111
415–858–7431
Email: ychi@willkie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vivek Murthy**                                   represented by   **U S Attorney CV**
*in his official capacity as United States Surgeon*                 U S Attorneys Office Southern District of
*General*                                                          California
                                                                   Civil Division
                                                                   880 Front Street
                                                                   Suite 6253
                                                                   San Diego, CA 92101
                                                                   (619)557–5662
                                                                   Fax: (619)557–7122
                                                                   Email: Efile.dkt.civ@usdoj.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Kuntal Virendra Cholera**
                                                                   DOJ–Civ
                                                                   1100 L Street NW
                                                                   Suite 12306
                                                                   Washington, DC 20005
                                                                   202–662–5134
                                                                   Email: kuntal.cholera@usdoj.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph R. Biden, Jr.**                           represented by   **U S Attorney CV**
*in his official capacity as President of the*                      (See above for address)
*United States*                                                    *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Kuntal Virendra Cholera**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**The Department of Health and Human**             represented by   **U S Attorney CV**
**Services**                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Virendra Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Office of Management and Budget**    represented by    **U S Attorney CV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Virendra Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2021 | Ï 1 | COMPLAINT with Jury Demand against Joseph R. Biden, Jr, Facebook, Inc., Vivek Murthy, The Department of Health and Human Services, The Office of Management and Budget, Twitter, Inc. ( Filing fee $ 402 receipt number ACASDC−16089890.), filed by Justin Hart. (Attachments: # 1 Civil Cover Sheet)<br><br>The new case number is 3:21−cv−1543−MMA−WVG. Judge Michael M. Anello and Magistrate Judge William V. Gallo are assigned to the case. (Tyler, Robert)(smd) (sjt). (Entered: 09/01/2021) |
| 09/01/2021 | Ï 2 | Summons Issued.<br>**Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (smd)(sjt). (Entered: 09/01/2021) |
| 09/03/2021 | Ï 3 | Request to Appear Pro Hac Vice ( Filing fee received: $ 213 receipt number ACASDC−16099792.) (Application to be reviewed by Clerk.) (Reader, Mallory) (rmc). (Entered: 09/03/2021) |
| 09/03/2021 | Ï 4 | ORDER Approving the Pro Hac Vice Application of Mallory Elizabeth Reader, re 3 Request to Appear Pro Hac Vice. Signed by Judge Michael M. Anello on 9/3/2021.(rmc) (Entered: 09/03/2021) |
| 09/03/2021 | Ï 5 | Request to Appear Pro Hac Vice ( Filing fee received: $ 213 receipt number ACASDC−16102535.) (Application to be reviewed by Clerk.) (Kelsey, Brian)(rmc). (Entered: 09/03/2021) |
| 09/03/2021 | Ï 6 | ORDER Approving the Pro Hac Vice Application of Brian Kirk Kelsey, re 5 Request to Appear Pro Hac Vice. Signed by Judge Michael M. Anello on 9/3/2021.(rmc) (Entered: 09/03/2021) |
| 09/16/2021 | Ï 7 | NOTICE of Appearance by Jonathan Alan Patchen on behalf of Twitter, Inc. (Patchen, Jonathan)Attorney Jonathan Alan Patchen added to party Twitter, Inc.(pty:dft) (tcf). (Entered: 09/16/2021) |
| 09/16/2021 | Ï 8 | Corporate Disclosure Statement by Twitter, Inc. No Corporate Parents/Interested Parties. (Patchen, Jonathan) (tcf). (Entered: 09/16/2021) |
| 09/16/2021 | Ï 9 | Joint MOTION for Extension of Time to File Answer re 1 Complaint, by Twitter, Inc. (Patchen, Jonathan) (tcf). (Entered: 09/16/2021) |

| | | |
|---|---|---|
| 09/16/2021 | 10 | NOTICE of Appearance by Yuhan Chi on behalf of Twitter, Inc. (Chi, Yuhan)Attorney Yuhan Chi added to party Twitter, Inc.(pty:dft) (tcf). (Entered: 09/16/2021) |
| 09/17/2021 | 11 | ORDER Granting 9 Joint Motion to Extend Time to Respond to Complaint. Twitter must respond to the Complaint on or before the Federal Government Defendants' deadline to respond pursuant to Federal Rule of Civil Procedure 12(a)(2), which is currently, 11/8/2021. Signed by Judge Michael M. Anello on 9/17/2021. (tcf) (Entered: 09/17/2021) |
| 09/20/2021 | 12 | MINUTE ORDER OF TRANSFER. Judge Michael M. Anello is no longer assigned as presiding judge. Case reassigned to Judge Thomas J. Whelan for all further proceedings. The new case number is 21cv1543−W−WVG.(no document attached) (fth) (Entered: 09/20/2021) |
| 10/04/2021 | 13 | NOTICE of Appearance by Kuntal Virendra Cholera on behalf of Joseph R. Biden, Jr, Vivek Murthy, The Department of Health and Human Services, The Office of Management and Budget (Cholera, Kuntal)Attorney Kuntal Virendra Cholera added to party Joseph R. Biden, Jr(pty:dft), Attorney Kuntal Virendra Cholera added to party Vivek Murthy(pty:dft), Attorney Kuntal Virendra Cholera added to party The Department of Health and Human Services(pty:dft), Attorney Kuntal Virendra Cholera added to party The Office of Management and Budget(pty:dft) (jrm). (Entered: 10/04/2021) |
| 10/05/2021 | 14 | Ex Parte MOTION for Extension of Time to File *Response to Complaint* by Joseph R. Biden, Jr, Vivek Murthy, The Department of Health and Human Services, The Office of Management and Budget. (Cholera, Kuntal) (jrm). (Entered: 10/05/2021) |
| 10/06/2021 | 15 | ***Document withdrawn per Doc. 17 *** RESPONSE in Opposition re 14 Ex Parte MOTION for Extension of Time to File *Response to Complaint* filed by Justin Hart. (Reader, Mallory) QC Mailer sent re incorrect signature on 10/7/2021; WITHDRAW/REFILE (jrm). Modified to withdraw on 10/8/2021 (jrm). (Entered: 10/06/2021) |
| 10/07/2021 | 16 | ***Document Stricken per Order 22 *** Ex Parte MOTION for Entry of Default *Against Facebook, Inc.* by Justin Hart. (Attachments: # 1 Declaration Declaration and copy of proof of service)(Reader, Mallory) QC Mailer sent re incorrect signature on 10/8/2021; WITHDRAW/REFILE (jrm). Modified to strike on 10/14/2021 (jrm). (Main Document 16 replaced on 10/14/2021) (jrm). (Entered: 10/07/2021) |
| 10/07/2021 | 17 | NOTICE *of Withdrawal of Opposition to Motion for Extension of Time to Respond* by Justin Hart re 15 Response in Opposition to Motion (Reader, Mallory) (jrm). (Entered: 10/07/2021) |
| 10/07/2021 | 18 | ***Document withdrawn per Doc. 19 *** RESPONSE in Opposition re 14 Ex Parte MOTION for Extension of Time to File *Response to Complaint* filed by Justin Hart. (Reader, Mallory) Modified to withdraw on 10/8/2021 (jrm). (Entered: 10/07/2021) |
| 10/07/2021 | 19 | NOTICE *of Withdrawal of Opposition to Motion for Extension of Time to Respond* by Justin Hart re 18 Response in Opposition to Motion (Reader, Mallory) (jrm). (Entered: 10/07/2021) |
| 10/07/2021 | 20 | RESPONSE in Opposition re 14 Ex Parte MOTION for Extension of Time to File *Response to Complaint* filed by Justin Hart. (Reader, Mallory)(jrm). (Entered: 10/07/2021) |
| 10/08/2021 | 21 | ORDER Granting Ex Parte Application for Extension of Time to Respond to the Complaint (Doc. 14 ). Signed by Judge Thomas J. Whelan on 10/8/2021. (jrm) (Entered: 10/08/2021) |
| 10/14/2021 | 22 | Notice of Document Discrepancies and Order Thereon by Judge Thomas J. Whelan Rejecting re 16 Ex Parte MOTION for Entry of Default *Against Facebook, Inc.*, from Plaintiff Justin Hart. Non−compliance with local rule(s), Section 2.f.1 of the Electronic Case Filing Administrative Policies and Procedures provides that [t]he name of the CM/ECF registered user under whose log−in and password the document is submitted must be preceded by a s/ and typed in the space where the signature would otherwise appear. The document violates this rule. QC mailer sent on |

| | | |
|---|---|---|
| | | 10/7/21 regarding issue.. IT IS HEREBY ORDERED: The document is rejected. It is ordered that the Clerk STRIKE the document from the record, and serve a copy of this order on all parties. Signed by Judge Thomas J. Whelan on 10/14/2021. (Attachments: # 1 Stricken Document)(jrm) (Entered: 10/14/2021) |
| 10/15/2021 | 23 | NOTICE of Appearance by Melissa L. Cornell on behalf of Facebook, Inc. (Cornell, Melissa)Attorney Melissa L. Cornell added to party Facebook, Inc.(pty:dft) (sjt). (Entered: 10/15/2021) |
| 10/15/2021 | 24 | Joint MOTION for Extension of Time to File Answer by Facebook, Inc.. (Cornell, Melissa)(sjt). (Entered: 10/15/2021) |
| 10/15/2021 | 25 | Ex Parte MOTION For Entry of A Staged−Briefing Schedule by Twitter, Inc.. (Attachments: # 1 Declaration J. Patchen Declaration In Support of Twitter's Ex Parte Application for Entry of A Staged−Briefing Schedule, # 2 Ex. 1− J. Patchen Declaration (M. Reader Email), # 3 Ex. 2− J. Patchen Declaration (Twitter Terms of Service))(Patchen, Jonathan)(sjt). (Entered: 10/15/2021) |
| 10/18/2021 | 26 | ORDER granting 24 Motion for Extension of Time to Respond to Complaint. Signed by Judge Thomas J. Whelan on 10/18/2021. (sjt) (Entered: 10/18/2021) |
| 10/19/2021 | 27 | RESPONSE in Opposition re 25 Ex Parte MOTION For Entry of A Staged−Briefing Schedule filed by Justin Hart. (Attachments: # 1 Declaration Declaration of Mallory Reader)(Reader, Mallory)(jrm). (Entered: 10/19/2021) |
| 10/19/2021 | 28 | NOTICE of Appearance by Christopher C. Kearney on behalf of Facebook, Inc. (Kearney, Christopher)Attorney Christopher C. Kearney added to party Facebook, Inc.(pty:dft) (jrm). (Entered: 10/19/2021) |
| 10/19/2021 | 29 | RESPONSE in Support re 25 Ex Parte MOTION For Entry of A Staged−Briefing Schedule *and in Opposition re 27 Plaintiff's Ex Parte Application* filed by Facebook, Inc. (Cornell, Melissa) (jrm). (Entered: 10/19/2021) |
| 10/20/2021 | 30 | RESPONSE re 27 Response in Opposition to Motion filed by Twitter, Inc.. (Attachments: # 1 Declaration of Jonathan Patchen, # 2 Exhibit A)(Patchen, Jonathan) (jrm). (Entered: 10/20/2021) |
| 10/21/2021 | 31 | RESPONSE re 27 Response in Opposition to Motion filed by Joseph R. Biden, Jr, Vivek Murthy, The Department of Health and Human Services, The Office of Management and Budget. (Attachments: # 1 Exhibit A)(Cholera, Kuntal) (jrm). (Entered: 10/21/2021) |
| 10/25/2021 | 32 | ORDER Granting Ex Parte Application for Entry of a Staged−Briefing Schedule (Doc. 25 ) and Denying Cross Ex Parte Application for Early Rule 34 Document Requests (Doc. 27 ). Signed by Judge Thomas J. Whelan on 10/25/2021. (jrm) (Entered: 10/25/2021) |
| 11/08/2021 | 33 | MOTION to Change Venue by Facebook, Inc.. (Attachments: # 1 Declaration DECL OF JENNY PRICER IN SUPPORT OF MOTION TO TRANSFER)(Cornell, Melissa)(jrm). (Entered: 11/08/2021) |
| 11/08/2021 | 34 | MOTION to Change Venue by Twitter, Inc.. (Attachments: # 1 Declaration of Jonathan Patchen, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Patchen, Jonathan) (jrm). (Entered: 11/08/2021) |
| 11/29/2021 | 35 | MOTION to Withdraw as Attorney *Mallory Reader* by Justin Hart. (Attachments: # 1 Declaration Declaration of Mallory Reader)(Reader, Mallory) (jrm). (Entered: 11/29/2021) |
| 11/29/2021 | 36 | RESPONSE in Opposition re 33 MOTION to Change Venue , 34 MOTION to Change Venue filed by Justin Hart. (Reader, Mallory) (jrm). (Entered: 11/29/2021) |
| 12/13/2021 | 37 | |

| | | REPLY to Response to Motion re 34 MOTION to Change Venue filed by Twitter, Inc. (Patchen, Jonathan)(jrm). (Entered: 12/13/2021) |
|---|---|---|
| 12/13/2021 | 38 | REPLY to Response to Motion re 33 MOTION to Change Venue filed by Facebook, Inc. (Cornell, Melissa) Modified on 12/14/2021 (jrm). (Entered: 12/13/2021) |
| 01/06/2022 | 39 | ORDER Approving Withdrawal of Mallory Reader as Counsel for Plaintiff (Doc. 35 ). Attorney Mallory Elizabeth Reader terminated. Signed by Judge Thomas J. Whelan on 1/6/2022. (jrm) (Entered: 01/06/2022) |
| 01/25/2022 | 40 | Request to Appear Pro Hac Vice ( Filing fee received: $ 213 receipt number ACASDC−16508632.) (Application to be reviewed by Clerk.) (Suhr, Daniel) (rmc). (Entered: 01/25/2022) |
| 01/25/2022 | 41 | Request to Appear Pro Hac Vice ( Filing fee received: $ 213 receipt number ACASDC−16508644.) (Application to be reviewed by Clerk.) (McQuaid, James) (rmc). (Entered: 01/25/2022) |
| 01/25/2022 | 42 | MOTION to Substitute Attorney by Justin Hart. (Kelsey, Brian)(jrm). (Entered: 01/25/2022) |
| 01/26/2022 | 43 | ORDER Approving the Pro Hac Vice Application of Daniel Robert Suhr, re 40 Request to Appear Pro Hac Vice. Signed by Judge Thomas J. Whelan on 1/25/2022.(rmc) (Entered: 01/26/2022) |
| 01/26/2022 | 44 | ORDER Approving the Pro Hac Vice Application of James McQuaid, re 41 Request to Appear Pro Hac Vice. Signed by Judge Thomas J. Whelan on 1/25/2022.(rmc) (Entered: 01/26/2022) |
| 02/02/2022 | 45 | Order Granting Defendants Facebook and Twitters Motions to Transfer Venue to the Northern District of California [Docs. 33 , 34 ]. Signed by Judge Thomas J. Whelan on 2/2/2022. (jrm) (Entered: 02/02/2022) |