TYLER BURSCH, LLP
Robert Tyler (STATE BAR NO. 179572)
rtyler@tylerbursch.com
Nada Higuera (STATE BAR NO. 299819)
nhiguera@tylerbursch.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone: 951-600-2733
Facsimile: 951-600-4996

LIBERTY JUSTICE CENTER
Daniel Suhr, pro hac vice admitted
dsuhr@libertyjusticecenter.org
M.E. Buck Dougherty III, pro hac vice admitted
bdougherty@libertyjusticecenter.org
James McQuaid, pro hac vice admitted
jmcquaid@libertyjusticecenter.org
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Telephone: 312-637-2280
Facsimile: 312-263-7702
*Attorneys for Plaintiff Justin Hart*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN HART,<br><br>            Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., f/k/a Facebook, Inc.; TWITTER, INC.; VIVEK MURTHY in his official capacity as United States Surgeon General; JOSEPH R. BIDEN, JR. in his official capacity as President of the United States; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and OFFICE OF MANAGEMENT AND BUDGET,<br><br>            Defendants. | **Case No. 3:22-cv-00737-CRB**<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br>ORDER<br>Judge: Hon. Charles C. Breyer<br>Date: May 12, 2023<br>Time: 10:00 AM<br>Ctrm: Courtroom 6 |

Now comes Daniel Suhr, counsel for Plaintiff Justin Hart, and moves to withdraw as counsel from this case because he is leaving his employment with Liberty Justice Center, the firm that represents Plaintiff. No party will be prejudiced by this withdrawal. Mr. Hart has been notified of Mr. Suhr's departure and will continue to be represented by M.E. Buck Dougherty III and James McQuaid of Liberty Justice Center, and Robert Tyler and Nada Higuera of Tyler Bursch.

Dated: April 17, 2023                    Respectfully submitted,

s/ Daniel Suhr_____
M.E. Buck Dougherty III, pro hac vice admitted
bdougherty@libertyjusticecenter.org
Daniel Suhr, pro hac vice admitted
dsuhr@libertyjusticecenter.org
James McQuaid, pro hac vice admitted
jmcquaid@libertyjusticecenter.org
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Telephone: 312-637-2280
Facsimile: 312-263-7702

Robert Tyler (STATE BAR NO. 179572)
rtyler@tylerbursch.com
Nada Higuera (STATE BAR NO. 299819)
nhiguera@tylerbursch.com
TYLER BURSCH, LLP
25026 Las Brisas Road
Murrieta, California 92562
Telephone: 951-600-2733
Facsimile: 951-600-4996

*Counsel for Plaintiff Justin Hart*

IT IS SO ORDERED

Judge Charles R. Breyer

Date: April 18, 2023

Case No. 3:22-cv-00737-CRB
MOTION TO WITHDRAW AS COUNSEL